■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH IMPERATO, Appellant. [844 NYS2d 879]—Appeal by the defendant from an order of the Supreme Court, Richmond County (Rienzi, J.), dated July 15, 2005, which, after a hearing, designated him a level two sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

There was clear and convincing evidence to support the Supreme Court's determination designating the defendant a level two sex offender (see *People v Green,* 44 AD3d 635 [2007]; *People v Fisher,* 36 AD3d 880 [2007]; *People v Abdullah,* 31 AD3d 515 [2006]; *People v Ventura,* 24 AD3d 527 [2005]). Rivera, J.P., Skelos, Fisher and Angiolillo, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELIJAH RICHARDS, Appellant. [844 NYS2d 879]—Appeal by the defendant from an order of the County Court, Suffolk County (Crecca, J.), dated August 16, 2006, which, after a hearing, designated him a level three sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see *Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Santucci, J.P., Goldstein, Dillon and Angiolillo, JJ., concur.